# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF FLORIDA, STATE OF HAWAII, STATE OF IOWA, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>CAL-MAINE FOODS, INC., CENTRUM VALLEY HOLDINGS, LLC, VERSOVA HOLDINGS, LLC, VERSOVA MANAGEMENT COOPERATIVE, and HICKMAN'S EGG RANCH, INC.,<br><br>Defendants. | Civil Action No. 5:26-cv-04060<br><br><br>**HICKMAN'S EGG RANCH, INC.'S DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)** |

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant Hickman's Egg Ranch, Inc. ("Hickman's") respectfully submits the following description and certification of all written and oral communications by, or on behalf of, Hickman's with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed in this action on June 29, 2026.  In accordance with Section 2(g), the description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone" and is limited to communications concerning or relevant to the Proposed Final Judgment.

On May 15, 2026, Hickman's and its agents and advisors met with officers and

employees of the Department of Justice ("DOJ"), and representatives of various state attorneys general, to discuss a settlement of this action and the proposed Final Judgment. The meeting was attended by Omeed Assefi (Acting Assistant Attorney General) and Jeffrey Vernon (Senior Litigation Counsel), among other representatives of the DOJ. Kim Pryor, General Counsel of JBS USA, which is a partial owner of Hickman's parent, also attended the meeting.

To the best of Hickman's knowledge, after appropriate inquiry, there have been no other written or oral communications by or on behalf of Hickman's with any officer or employee of the United States concerning or relevant to the proposed Final Judgment, except for communications between counsel of record for Hickman's and the DOJ.

Hickman's certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g). This submission is a true and complete description of communications known to Hickman's, or of which Hickman's reasonably should have known, that are required to be reported pursuant to that provision.

Dated: July 9, 2026

Respectfully submitted,

WEINHARDT & LANTZ, P.C.

By: */s/ Mark E. Weinhardt*

| | |
|---|---|
| Mark E. Weinhardt | AT0008280 |
| Andrew J. Graeve | AT0015662 |
| Jason R. Smith | AT0014862 |

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlantz.com
agraeve@weinhardtlantz.com
jsmith@weinhardtlantz.com

*/s/ Michael D. Bonanno*

Michael D. Bonanno (*admitted pro hac vice*)
Ryan T. Andrews (*admitted pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
555 13th Street NW Suite 600
Washington, DC 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com
ryanandrews@quinnemanuel.com

ATTORNEYS FOR DEFENDANT HICKMAN'S
EGG RANCH, INC.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was
served upon the parties to this action by serving a copy upon each
of the attorneys listed below on July 9, 2026 via CM/ECF.

By: /s/    Maura McNally