**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF FLORIDA, STATE OF HAWAII, STATE OF IOWA, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAL-MAINE FOODS, INC., CENTRUM VALLEY HOLDINGS, LLC, VERSOVA HOLDINGS, LLC, VERSOVA MANAGEMENT COOPERATIVE, AND HICKMAN'S EGG RANCH, INC.,<br><br>*Defendants*. | Civil Action 5:26-cv-04060<br><br>**Hon. Leonard T Strand**<br>**Hon. Mark A Roberts** |

**MOTION TO CONTINUE RULE 16(b) AND 26(f) DEADLINE**

Plaintiff United States of America ("United States"), by and through undersigned counsel, respectfully moves this Court for an order continuing the deadline to submit a proposed Rule 16(b) and 26(f) scheduling order and discovery plan for 120 days pending proceedings under the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h) ("Tunney Act"). In support of this motion, Plaintiff states the following:

1. On June 29, 2026, the United States and the States of Arizona, California, Colorado, Connecticut, Florida, Hawaii, Iowa, Maryland, Minnesota, New York, North Carolina, Ohio, Pennsylvania, Texas, Utah, Vermont, and Wisconsin (collectively, "Plaintiff States") filed a complaint against Defendants Cal-Maine Foods, Inc.; Centrum Valley Holdings, LLC, Versova Holdings, LLC, and Versova Management Cooperative; and Hickman's Egg Ranch, Inc. (collectively, "Defendants") along with the proposed Final Judgments, Stipulations and Orders, and an Explanation of Procedures Under the Antitrust Procedures and Penalties Act. *See* ECF Nos. 1-2.

2. On July 17, 2026, the Court entered and so-ordered the Stipulations and Orders. *See* ECF Nos. 73-75.

3. The Tunney Act requires that the United States (a) publish the proposed Final Judgments and the Competitive Impact Statement in the *Federal Register* and (b) cause a summary of the terms of the proposed Final Judgments and the Competitive Impact Statement to be published in one or more newspapers at least sixty (60) days before the Court signs the proposed Final Judgments. 15 U.S.C. § 16(b), (c). The newspaper notice(s) informs the public how to submit comments about the proposed Final Judgments to the United States Department of Justice's Antitrust Division.

4. The United States will prepare a response to any comments received during this period and will (a) file with the Court the comments and the United States' response and (b) publish the comments and the United States' response in the *Federal Register* unless this Court authorizes an alternative method of public dissemination of the public comments and the response to those comments pursuant to the Tunney Act. 15 U.S.C. § 16(d). After the comments and the United States' response have been filed with the Court and published, the United States may move the

Court to enter the proposed Final Judgments unless the United States has withdrawn its consent to entry of the Final Judgments, as permitted by Paragraph II.A of the Stipulations and Orders.

5. If the United States moves the Court to enter the proposed Final Judgments after compliance with the Tunney Act's procedures, the Court may enter the Final Judgments without a hearing if the Court concludes that the Final Judgments are in the public interest. 15 U.S.C. § 16(e).

6. Entry of the proposed Final Judgments will terminate this action, except that this Court will retain jurisdiction to construe, modify, or enforce the provisions of the proposed Final Judgments and to punish violations thereof.

7. On August 4, 2026, the United States filed a Competitive Impact Statement explaining the proposed settlements. *See* ECF No. 103. On August 7, 2026, the United States published the Competitive Impact Statement in the *Federal Register*.

8. The United States caused a summary of the terms of the proposed Final Judgments and the Competitive Impact Statement to be published in one or more newspapers between August 7, 2026, and August 18, 2026.

9. Accordingly, the 60-day comment period began on August 18, 2026, and will end on October 17, 2026.

10. Pursuant to Local Rule 16(a) of the United States District Courts for the Northern and Southern Districts of Iowa, within ninety (90) days after the filing of the complaint, "all attorneys of record and all unrepresented parties must submit for approval by a magistrate judge a proposed Rule 16(b) and 26(f) scheduling order and discovery plan." L.R. 16(a). As such, the parties must submit a proposed Rule 16(b) and 26(f) scheduling order and discovery plan no later than September 28, 2026.

11. Given that the proceedings under the Tunney Act are underway, the United States respectfully requests that the Court continue the deadline to submit a proposed Rule 16(b) and 26(f) scheduling order and discovery plan 120 days such that the parties' proposed Rule 16(b) and 26(f) scheduling order and discovery plan is due on or before January 26, 2027. If the Court concludes that the proposed Final Judgments are in the public interest and enters the Final Judgments, then no Rule 16(b) and 26(f) scheduling order and discovery plan will be necessary.

12. This is the first request to extend the deadline for the parties to submit a proposed Rule 16(b) and 26(f) scheduling order and discovery plan.

13. There are no other Court-imposed deadlines. No pretrial conference or trial date has been set.

14. Counsel for the United States conferred with counsel for Plaintiff States and Defendants. Counsel for Plaintiff States take no position on the United States' motion. Counsel for Defendants consent to the United States' motion.

WHEREFORE, Plaintiff United States respectfully move for a 120-day continuance of the deadline to submit a proposed Rule 16(b) and 26(f) scheduling order and discovery plan.

Dated: August 25, 2026

Respectfully submitted,

**FOR PLAINTIFF**
**UNITED STATES OF AMERICA**:

*/s/ Anthony E. Maneiro*
ANTHONY E. MANEIRO
United States Department of Justice
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, IL 60604-1204
Telephone: 202-746-6687
Email: Anthony.Maneiro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF systems, which caused a notification of such filing to be sent to all counsel of record in the above-captioned action.

*/s/ Anthony E. Maneiro*
ANTHONY E. MANEIRO
United States Department of Justice
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, IL 60604-1204
Telephone: 202-746-6687
Email: Anthony.Maneiro@usdoj.gov