**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF FLORIDA, STATE OF HAWAII, STATE OF IOWA, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAL-MAINE FOODS, INC., CENTRUM VALLEY HOLDINGS, LLC, VERSOVA HOLDINGS, LLC, VERSOVA MANAGEMENT COOPERATIVE, AND HICKMAN'S EGG RANCH, INC.,<br><br>*Defendants*. | Civil Action 5:26-cv-04060<br><br>**Hon. Leonard T. Strand**<br>**Hon. Mark A. Roberts** |

**MOTION TO PUBLISH TUNNEY ACT COMMENTS ELECTRONICALLY**

Plaintiff United States of America ("United States"), by and through undersigned counsel, respectfully moves that the Court excuse costly *Federal Register* publication of the voluminous public comments submitted in this matter, and instead authorize electronic publication for good cause, pursuant to 15 U.S.C. § 16(d), for the reasons set forth in the United States' accompanying Memorandum of Law. The United States has conferred with all parties to this action. Counsel for

Plaintiff States[1] take no position on the United States' motion. Counsel for Defendants[2] do not oppose the United States' motion. A proposed order permitting the United States to satisfy its statutory publication obligations by posting public comments on the Antitrust Division's website, in tandem with *Federal Register* publication of the relevant internet address at which the comments can be read and downloaded, is attached.

Dated: October 20, 2026

Respectfully Submitted,

**FOR PLAINTIFF**
**UNITED STATES OF AMERICA**:

*/s/ Anthony E. Maneiro*
ANTHONY E. MANEIRO
United States Department of Justice
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, IL 60604-1204
Telephone: 202-746-6687
Email: Anthony.Maneiro@usdoj.gov

---

[1] States of Arizona, California, Colorado, Connecticut, Florida, Hawaii, Iowa, Maryland, Minnesota, New York, North Carolina, Ohio, Pennsylvania, Texas, Utah, Vermont, and Wisconsin (collectively, "Plaintiff States").

[2] Cal-Maine Foods, Inc.; Centrum Valley Holdings, LLC, Versova Holdings, LLC, and Versova Management Cooperative; and Hickman's Egg Ranch, Inc. (collectively, "Defendants").

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF systems, which caused a notification of such filing to be sent to all counsel of record in the above-captioned action.


*/s/ Anthony E. Maneiro*
ANTHONY E. MANEIRO
United States Department of Justice
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, IL 60604-1204
Telephone: 202-746-6687
Email: Anthony.Maneiro@usdoj.gov