**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF FLORIDA, STATE OF HAWAII, STATE OF IOWA, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, and STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAL-MAINE FOODS, INC., CENTRUM VALLEY HOLDINGS, LLC, VERSOVA HOLDINGS, LLC, VERSOVA MANAGEMENT COOPERATIVE, AND HICKMAN'S EGG RANCH, INC.,<br><br>*Defendants*. | Civil Action 5:26-cv-04060<br><br>**Hon. Leonard T. Strand**<br>**Hon. Mark A. Roberts** |

**MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES' MOTION TO PUBLISH TUNNEY ACT COMMENTS ELECTRONICALLY**

Plaintiff United States of America ("United States") files this memorandum in support of its Motion to Publish Tunney Act Comments Electronically. In support of this motion, Plaintiff states the following:

1. Attached as "Exhibit 1" is a Proposed Order permitting the United States to satisfy its statutory publication obligations by posting public comments on the Antitrust Division's website, in tandem with *Federal Register* publication of the relevant internet address.

2. The United States and the States of Arizona, California, Colorado, Connecticut, Florida, Hawaii, Iowa, Maryland, Minnesota, New York, North Carolina, Ohio, Pennsylvania, Texas, Utah, Vermont, and Wisconsin (collectively, "Plaintiff States") filed a complaint in this case on June 29, 2026, along with proposed Final Judgments with respect to Cal-Maine Foods, Inc.; Centrum Valley Holdings, LLC, Versova Holdings, LLC, and Versova Management Cooperative; and Hickman's Egg Ranch, Inc. (collectively, "Defendants"). As required by the Antitrust Procedures and Penalties Act, 15 U.S.C. § (b)-(h) (the "Tunney Act"), the United States caused notices to be published in the *Federal Register*, *The Des Moines Register*, and *The Washington Post*, providing instructions for public comment on the proposed Final Judgments. As of October 16, the United States has received more than 1,450 comments during the public comment period.

3. As required by the Tunney Act, the United States will file with the Court and serve on all parties to this action a Response to Comments, which will include copies of all comments submitted, as an attachment. The Response to Comments will be published in the *Federal Register*. The Tunney Act also requires that the comments be made available to the public, which, before the Tunney Act was amended in 2004, the United States was required to accomplish through publication in the *Federal Register*.

4. However, the Tunney Act now authorizes the United States to publish comments by "alternative means" pursuant to 15 U.S.C. § 16(d) when the costs of *Federal Register* publication exceed the benefits thereof. In this case, the United States has received over 1,450 pages of

comments, most of which will require photographic treatment for *Federal Register* publication at a rate of $399 per page,[1] generating publication costs of more than $575,000.

5. Further, publication in the *Federal Register* does not confer any significant public interest benefit that cannot be better served by electronic publication. Indeed, at the time of passage of the 2004 amendment authorizing alternative publication, Senator Leahy of the Judiciary Committee noted that *Federal Register* publication can offer "little benefit, because those materials are, if anything, more accessible on the Web than in a library." 150 CONG. REC. 6,328 (2004). Likewise, Senator Kohl opined that alternatives such as "posting the proposed decrees electronically, [] are sufficient to inform interested persons of the proposed consent decree." 150 CONG. REC. 6,332 (2004).

6. Recognizing the benefits of electronic publication, other courts have excused *Federal Register* publication of Tunney Act comments and/or attachments in favor of electronic publication in several recent cases. *See United States v. Cargill Meat Solutions Corp.*, No. 1:22-cv-01821-SAG (D. Md. Jan. 30, 2023) (attached as Exhibit 2); *United States v. Bayer AG*, No. 1:18-cv-01241-JEB (D.D.C. Jan. 2, 2019) (attached as Exhibit 3); *United States v. American Express Company*, No. 10-cv-4496-NGG (E.D.N.Y. June 20, 2011) (attached as Exhibit 4).

7. Counsel for the United States conferred with counsel for Plaintiff States and Defendants. Counsel for Plaintiff States take no position on the United States' motion. Counsel for Defendants consent to the United States' motion.

8. Accordingly, the United States asks that the Court excuse publication of the public comments in the *Federal Register* and, instead, allow comments to be posted on the Antitrust

---

1 *See* Government Printing Office Circular Letter No. 1158 (June 18, 2025), available at: https://www.gpo.gov/how-to-work-with-us/agency/circular-letters/new-federal-register-publishing-rate-june-2025.

Division website in conjunction with *Federal Register* publication of the internet address at which comments can be read and downloaded.

Dated: October 20, 2026

Respectfully Submitted,

**FOR PLAINTIFF**
**UNITED STATES OF AMERICA**:

*/s/ Anthony E. Maneiro*
ANTHONY E. MANEIRO
United States Department of Justice
Antitrust Division
209 South LaSalle Street, Suite 600
Chicago, IL 60604-1204
Telephone: 202-746-6687
Email: Anthony.Maneiro@usdoj.gov