# EXHIBIT 4

D/F

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JUN 22 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA, STATE OF CONNECTICUT, STATE OF IOWA, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MISSOURI, STATE OF OHIO, STATE OF TEXAS, STATE OF ILLINOIS, STATE OF TENNESSEE, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF IDAHO, STATE OF VERMONT, STATE OF UTAH, STATE OF ARIZONA, STATE OF RHODE ISLAND, STATE OF HAWAII, and STATE OF NEW HAMPSHIRE,

Plaintiffs,

-against-

AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., MASTERCARD INTERNATIONAL INCORPORATED, and VISA INC.,

Defendants.

------------------------------------------------------------------X

**ORDER**

**10-CV-4496 (NGG) (RER)**

NICHOLAS G. GARAUFIS, United States District Judge.

On October 4, 2010, the United States of America and several states (the "State Plaintiffs") filed a Complaint against Defendants, alleging various violations of antitrust law under the Sherman Act, 15 U.S.C. § 1. (Compl. (Docket Entry # 1).) The same day, the United States and several State Plaintiffs filed a Notice of Settlement with respect to Defendants MasterCard International Incorporated and Visa Inc. ("MasterCard and Visa"), proposing a consent judgment. (Docket Entry # 4.) Pursuant to 15 U.S.C. § 16(d), the United States then solicited public comments regarding the proposed consent judgment against MasterCard and Visa. During this comment period, the United States received six comments, some with voluminous attachments, totaling over 400 pages. (Docket Entry # 119-1.) Under 15 U.S.C.

§ 16(d)(2), the United States is required to publish these comments in the Federal Register unless, "[u]pon application by the United States, the district court . . . find[s] that the expense of publication in the Federal Register exceeds the public interest benefits to be gained from such publication."

The United States now seeks to excuse publication of the public comments in the Federal Register. (Docket Entry # 120.) The United States claims that it "would incur expenses of approximately $200,000 to publish" all of the public comments in the Federal Register. (Id. at 2-3.) The United States has also stated that it "has filed all public comments, including the exhibits at issue, with this Court [and that the] United States will also post all comments and exhibits on the public website of the Antitrust Division of the United States Department of Justice." (Id. at 2.) No party has objected to the United States' request. (Id. at 1.)

Nonetheless, given the relative permanence of the Federal Register, it is desirable for the United States to at least identify the electronic location of the public comments by a notice in the Federal Register. Accordingly, the United States is excused from publishing the substance of the public comments in the Federal Register, see 15 U.S.C. § 16(d)(2), except for a notice stating that it received six public comments in this case, and that the comments and the United States' responses are available on the DOJ's website. In mentioning that this material is available on the DOJ's website, the United States should also include an appropriate, permanent website address pointing to those comments online. The United States shall also certify to the court that it has published such notice by proof of publication filed on the court's docket.

SO ORDERED.

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge

Dated: Brooklyn, New York
June 20, 2011